**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 1:14-mj-275-JMF** |
| **DANIEL HARRY MILZMAN,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S UNOPPOSED MOTION TO AUTHORIZE DEFENDANT TO RECEIVE ADDITIONAL MENTAL HEALTH TREATMENT AT THE D.C. JAIL AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

COMES NOW, the defendant, DANIEL HARRY MILZMAN, by and through counsel, and respectfully moves this Honorable Court to authorize the defendant to receive additional psychiatric treatment. Mr. Milzman is currently in protective custody at the District of Columbia Jail ("D.C. Jail"). Mr. Milzman receives minimal mental health treatment from medical staff at the D.C. jail, but he is in need of further intensive treatment. For those reasons and the ones that follow, Mr. Milzman respectfully requests that this Honorable Court order the D.C. Jail to authorize Dr. David Frenkel, a psychiatrist, to visit and treat Mr. Milzman at the D.C. jail.

Mr. Milzman, a 19-year-old sophomore at Georgetown University, has been isolated and in protective custody at the D.C. Jail since March 21, 2014. He has had no in-person contact with his family and he receives minimal psychological and psychiatric treatment, despite his need for intensive mental health treatment and counseling. On Monday, March 31, 2014, when ordering Mr. Milzman to remain incarcerated, the Honorable Chief Judge Richard Roberts indicated that he would authorize outside doctors to provide psychiatric and psychological treatment to Mr. Milzman at the D.C. Jail. Since that date, Mr. Milzman's family has found a psychiatrist, David Frenkel, who is prepared to visit Mr. Milzman at the D.C. jail to provide much needed mental health treatment. Undersigned counsel respectfully requests this Honorable

Court to order the D.C. Jail to authorize and approve Dr. Frenkel to visit Mr. Milzman to the extent needed for Mr. Milzman's treatment. Assistant United States Attorney, Maia Miller, has advised undersigned counsel that the government does not oppose this motion.

WHEREFORE based on the foregoing reasons and any others that may appear to the Court, Mr. Milzman respectfully requests that this Honorable Court grant his request and order the D.C. Jail to permit Dr. Frenkel to provide mental health treatment to the defendant while he is incarcerated.

Date: April 4, 2014                    Respectfully submitted,

/s/ Danny Onorato
Danny Onorato (DC Bar #480043)
*Attorney for Daniel Milzman*
SCHERTLER & ONORATO, LLP
575 7th Street, N.W. Suite 300 South
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
donorato@schertlerlaw.com

/s/ Stuart A. Sears
Stuart A. Sears (DC Bar #977144)
*Attorney for Daniel Milzman*
SCHERTLER & ONORATO, LLP
575 7th Street, N.W. Suite 300 South
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2014, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

/s/ Danny C. Onorato
Danny C. Onorato