IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| | : | MAGISTRATE NO.: 14-MJ-275 |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| DANIEL MILZMAN, | : | 18 U.S.C. § 175b(c)(1) |
| Case: 1:14-cr-00186 | : | (Unregistered Possession of a Biological |
| Assigned To : Jackson, Ketanji Brown | : | Agent or Toxin) |
| Assign. Date : 9/9/2014 | | |
| Description: INFORMATION (A) | | |

**INFORMATION**

**FILED**
**SEP 0 9 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The United States Attorney informs the Court:

**COUNT ONE**

On or about March 18, 2014, within the District of Columbia, defendant **DANIEL MILZMAN** did knowingly possess a biological agent and toxin, and delivery system, that is, ricin, which was not in its naturally occurring environment, without obtaining a registration required by regulations under section 351A(c) of the Public Health Service Act to possess a biological agent.

(**Unregistered Possession of a Biological Agent or Toxin,** in violation of Title 18, United States Code, Section 175b)

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By: _____
Maia L. Miller, VA Bar 73221
Frederick W. Yette, DC Bar 385 391
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
maia.miller@usdoj.gov; (202) 252-6737
frederick.yette@usdoj.gov; (202) 252-7733

